# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Sean Crawford,

            Debtor.

Case No. 23-10866-pmm

Chapter 13

## Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Sean Crawford
1320 72nd Ave
Philadelphia, PA 19126

Date: March 25, 2024

*/s/ Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com