UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sean Crawford<br>            Debtor<br>Anne Crawford<br>            Co-Debtor<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust<br>v.<br><br>Sean Crawford<br>Anne Crawford<br>Kenneth E. West<br>            Respondents | CASE NO.: 23-10866-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date:  May 9, 2024 at 11:00AM<br><br><br>Objection Deadline:  April 29, 2024 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

**PLEASE TAKE NOTICE,** that SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust (on behalf of itself and together with any successor and/or assign "Movant"), filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay pursuant to 11 U.S.C. § 362 (d)(1) with respect to the property located at 1320 72nd Avenue, Philadelphia, PA 19126.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before __April 29, 2024__ you or your attorney must do all of the following:

(a)    file an answer explaining your position at
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)      mail a copy to the Movant's attorney:

Lauren Moyer
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Phone: (212) 471-5100
Fax: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

      3.      A hearing on the motion is scheduled to be held before the Honorable Judge Patricia M. Mayer at Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107 on __May 9, 2024__ at __11:00AM__, unless otherwise ordered by the Court.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: April 12, 2024

                                                         By: /s/ Lauren Moyer
                                                       Lauren Moyer, Esq.
                                                       **FRIEDMAN VARTOLO LLP**
                                                       Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust
                                                       1325 Franklin Avenue, Suite 160
                                                       Garden City, NY 11530
                                                       T: (212) 471-5100
                                                       F: (212) 471-5150
                                                       Bankruptcy@FriedmanVartolo.com

TO:

Sean Crawford
1320 72nd Avenue
Philadelphia, PA 19126
Bankruptcy Debtor

Anne Crawford
1320 72nd Avenue
Philadelphia, PA 19126
Bankruptcy Co-Debtor


Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Debtor's Attorney

Michael I. Assad
1500 Walnut St, Ste 900
Philadelphia, PA 19102
Debtor's Attorney

Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building - Suite 320, 900 Market Street
Philadelphia, PA 19107
United States Trustee