UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Sean Crawford<br>                  Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust<br>v.<br><br>Sean Crawford<br>Anne Crawford<br>Kenneth E. West<br>                  Respondents | CASE NO.: 23-10866-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date: May 9, 2024 |

### PRAECIPE TO RELIST MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM CO-DEBTOR STAY

TO THE CLERK:

Our office represents Secured Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust. On April 12, 2024, Movant filed a Motion for Relief from the Automatic Stay and Relief from Co-Debtor Stay at Docket No. 53.

On May 9, 2024, a hearing was held on the Motion and the hearing was marked as settled. To date, we have not been able to formalize resolution of the Motion for Relief from the Automatic Stay and Relief from Co-Debtor Stay. We are asking the Court to kindly relist the Motion for Relief from the Automatic Stay and Relief from Co-Debtor Stay for hearing. Our office is filing a Notice of Hearing in conjunction with this request.

Dated: July 8, 2024

By: _/s/Lauren M. Moyer_
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
Bankruptcy@FriedmanVartolo.com