UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Sean Crawford<br>                  Debtor | CASE NO.: 23-10866-pmm<br><br>CHAPTER 13 |
| SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust<br>v.<br><br>Sean Crawford<br>Anne Crawford<br>Kenneth E. West<br>              Respondents | Judge:  Patricia M. Mayer<br><br>Hearing Date: August 8, 2024 at 11:00 am |

### NOTICE OF RELISTED HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM CO-DEBTOR STAY

    SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust has filed a Motion for Relief from the Automatic Stay and Relief from Co-Debtor Stay with the Court in order to gain Court authority to foreclose on real property known as 1320 72nd Avenue, Philadelphia, PA 19126.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    3. A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on the 8th day of August, 2024 at 11:00 am in Courtroom 1 at United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: July 8, 2024

By: _/s/Lauren M. Moyer_
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
Bankruptcy@FriedmanVartolo.com