UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Sean Crawford<br>                 Debtor<br>Anne Crawford<br>                 Co-Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust<br>v.<br><br>Sean Crawford<br>Anne Crawford<br>Kenneth E. West<br>                 Respondents | CASE NO.: 23-10866-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this __8th__ day of __August__, 2024, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust's Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer, Bankruptcy Judge