**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Sean Crawford, <br><br> *Debtor.* | Chapter 13 <br> Case No. 23-10866-PMM |

**Praecipe to Withdraw Document 70**

To the Clerk of Court:

Please withdraw the Motion to Modify Plan which was filed with the Court on January 15, 2026, as ECF No. 70. Thank you.

Date: January 15, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com