**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Sean Crawford,<br><br>　　　　　　　　*Debtor*. | Chapter 13<br>Case No. 23-10866-PMM |

## Motion to Modify Plan After Confirmation

Debtor Sean Crawford, through his attorney, hereby moves this Court as follows:

　1. The Debtor filed a bankruptcy petition on March 27, 2023. The plan was confirmed on October 24, 2023. The plan is a pro-rata plan.

　2. The Trustee filed a motion to dismiss case for failure to make plan payments.

　3. The proposed plan resolves the arrears that gave rise to the Motion by increasing the plan payments moving forward.

　4. The Debtor requests that the Court enter an order approving the proposed modified plan filed at ECF No. 72 as the new confirmed plan.

　For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: January 15, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com