# Exhibit "B"



*A New York Limited Liability Partnership*

1325 Franklin Avenue, Suite 160, Garden City, NY 11530
T: (212) 471-5100 | F: (212) 471-5150
www.friedmanvartolo.com

January 23, 2026

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
***VIA E-MAIL AND REGULAR MAIL***


**RE:**   Sean Crawford
        Bankruptcy Case No. 23-10866-pmm

## <u>NOTICE OF DEFAULT</u>

Dear Counselor:

Please be advised, this office represents SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust with regard to the above-referenced matter.

Our client has advised us that payments have not been tendered in accordance with the Stipulation resolving the Motion for Relief from Stay, approved by the Court by an Order entered on August 8, 2024 (Doc. No. 65)

This notice is to advise that your client has defaulted on payments required under the terms of the Order and is due for as follows:

| | |
|---|---|
| Missed Payments 12/01/2025 - 01/01/2026 @ $1,018.06 each | $2,036.12 |
| Late Fees | $167.28 |
| Suspense | ($500.06) |
| **Total Due and Owing good through January 16, 2026** | $1,703.34 |

Payment should be made by bank or certified funds and mailed directly to:
SN Servicing Corporation
P.O. Box 660820
Dallas, TX 75266-0820

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

1

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

Yours truly,

/s/ Lauren M. Moyer

Lauren M. Moyer, Esquire

cc:


Sean Crawford
1320 72nd Avenue
Philadelphia, PA 19126
Bankruptcy Debtor

Anne Crawford
1320 72nd Avenue
Philadelphia, PA 19126
Bankruptcy Co-Debtor

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
United States Trustee

2