UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sean Crawford<br>Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust<br>v.<br><br>Sean Crawford<br>Anne Crawford – Co-Debtor<br>Kenneth E. West<br>Respondents | CASE NO.: 23-10866-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

## DECLARATION IN SUPPORT OF CERTIFICATION OF DEFAULT AND CO-DEBTOR STAY

I, ~~Christopher Sidearn~~, certify the following to be true under penalty of perjury:

1. I am employed as a ~~SK Account Manager~~ for SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust (the "Movant") and am authorized to execute this declaration on behalf of Movant. This declaration is offered in support of the Certification of Default annexed hereto.

2. In my capacity as ~~SK Acct Manager~~, I have access to Movant's business records, including the business records for and relating to the loan of the Debtor, Sean Crawford, secured by the real property known as 1320 72nd Avenue, Philadelphia, PA 19126 (the "Property"). The facts stated in this declaration are based upon information that I have obtained by reviewing records maintained in the ordinary course of business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

3. According to business records, Sean Crawford executed and delivered a Note dated June 23, 2006, in favor of Lighthouse Mortgage Service Company, Inc. (the "Original Lender"), in the original principal amount of $153,000.00. The Note is secured by a Mortgage executed and delivered by Sean Crawford and Anne Crawford, son and mother to Original Lender.

4. As of February 18, 2026, the Debtor is post-petition due for January 1, 2026. The post-petition default is broken down as follows:

| Monthly payments due | Amount |
|---|---|
| Missed Payments 01/01/2026 – 2/1/2026 @ $1,018.06 | $2,036.12 |
| Suspense | $(257.78) |
| **Total** | $1,778.34 |

### Post-Petition Payment Breakdown

5. The total amount of post-petition arrearage/delinquency is $1,778.34. The next post-petition payment will become due on March 01, 2026 in the amount of $1,018.06.

6. I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 18 day of February, 2026

/s/ _____
Signature

Christopher Sideaux
Name

Bankruptcy Account Manager
Title