UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Sean Crawford<br>                    Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust<br>v.<br><br>Sean Crawford<br>Anne Crawford – Co-Debtor<br>Kenneth E. West<br>                    Respondents | CASE NO.: 23-10866-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Certification of Default filed SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust dated _____ and with good cause therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. §362(a), and §1301(a), if applicable, is hereby vacated for cause pursuant to 11 U.S.C. §362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 1320 72nd Avenue, Philadelphia, PA 19126, and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Anne Crawford pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further;

      **ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J.