# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Sean Crawford,<br><br>            Debtor. | Case No. 23-10866-PMM<br><br>Chapter 13<br><br>Related to ECF No. 80 |

**Debtor's Objection to Certification of Default**

Debtor Sean Crawford, through his attorney, hereby objects to the Certification of Default filed by SN Servicing Corporation, at ECF No. 80 and asks to be heard by the Court before the entry of a final order.

Date: February 20, 2026

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Certification of Default filed by SN Servicing Corporation to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: February 20, 2026

/s/ Michael A. Cibik
Michael A. Cibik