Document     Page 1 of 1

| | |
|---|---|
| Sean Crawford,<br><br>                              *Debtor*. | Chapter 13<br>Case No. 23-10866-PMM |

**Order Granting Debtor's Motion to Modify Chapter 13 Plan**

**AND NOW**, upon consideration of the Debtor's Motion to Modify Chapter 13 Plan filed as ECF No. 73 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 78 is **APPROVED**.

Date: 2/25/26

*Patricia M. Mayer*
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge