UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Sean Crawford<br>                    Debtor<br><br>SN Servicing Corporation as servicer<br>for U.S. Bank Trust National<br>Association, as Trustee of Dwelling<br>Series IV Trust<br>v.<br><br>Sean Crawford<br>Anne Crawford – Co-Debtor<br>Kenneth E. West,<br>                    Respondents | CASE NO.: 23-10866-pmm<br><br>CHAPTER 13<br><br>Judge: Patricia M. Mayer<br><br>Hearing Date:<br><br>Objection Deadline: |

### PRAECIPE TO CERTIFICATION OF DEFAULT OF STIPULATION

TO THE CLERK:

Kindly withdraw the Certification of Default of Stipulation filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust on February 19, 2026, at Docket 80.  Said Certification of Default of Stipulation has been cured.

Dated: May 12, 2026

By:   /s/ Lauren M. Moyer_____
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association, as
Trustee of Dwelling Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com