UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Sean Crawford

Debtor

SN Servicing Corporation as servicer
for U.S. Bank Trust National
Association, as Trustee of Dwelling
Series IV Trust
v.

Sean Crawford
Anne Crawford – Co-Debtor
Kenneth E. West,

Respondents

CASE NO.: 23-10866-pmm

CHAPTER 13

Judge: Patricia M. Mayer

Hearing Date:

Objection Deadline:

### CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 12, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: May 12, 2026

By:   /s/ Lauren M. Moyer_____
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association, as
Trustee of Dwelling Series IV Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**SERVICE LIST**

**Service by Regular Mail**

Anne Crawford
1320 72nd Avenue
Philadelphia, PA 19126
Bankruptcy Co-Debtor

Sean Crawford
1320 72nd Avenue
Philadelphia, PA 19126
Bankruptcy Debtor

**Service by NEF**

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
United States Trustee