**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **Sean Crawford,** | ) | **CASE NO.: 23-10866-pmm** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE Patricia M. Mayer** |
| | ) | |
| | ) | |
| **Goldman Sachs Mortgage Company** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **Sean Crawford, DEBTOR,** | ) | |
| **AND Kenneth E. West, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Goldman Sachs Mortgage Company, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 29th day of October, 2026

Respectfully submitted,

/s/ Joshua I. Goldman, Esq.
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 29th day of October, 2026.

***VIA U.S. MAIL***

*DEBTOR*
Sean Crawford
1320 72nd Avenue
Philadelphia, PA 19126-1724

***VIA ELECTRONIC NOTICE***

*ATTORNEY*
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

*TRUSTEE*
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

*U.S. TRUSTEE*
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

/s/ Joshua I. Goldman, Esq.
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*